# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2010

139920 & (128)(130)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

RICHARD RUDOLPH, DAN GRIFFIN,
CHRIS WELLS, and CAROLYN ALLEN,
      Plaintiffs-Appellants,
      Cross-Appellees,

v

GUARDIAN PROTECTIVE SERVICES, INC.,
a/k/a GUARDIAN SECURITY SERVICES, INC.,
and GUARDIAN BONDED SECURITY,
      Defendants-Appellees,
      Cross-Appellants.

SC: 139920
COA: 279433
Wayne CC: 06-622199-CZ

_____/

## AMENDMENT TO ORDER

On order of the Court, the order of April 7, 2010 is amended to correct a clerical error. The statement following the text of the order is amended to read:

"KELLY, C.J. and CAVANAGH , J., would grant leave to appeal."



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2010

_____
Clerk